[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

No. 99-1961

MARK D. GREEN, M.D.,

Plaintiff, Appellant,

v.

JOHN O'LEARY, individually and in his official capacity, and JEFFREY HUTNICK, individually and in his official capacity,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Douglas P. Woodlock, U.S. District Judge]

Before

Stahl, Circuit Judge,
Bownes, Senior Circuit Judge,
and Lynch, Circuit Judge.

Harvey A. Schwartz, with whom William C. Taussig and Schwartz, Shaw and Griffith were on brief, for appellant.
Michael J. Akerson, with whom George F. Driscoll, Jr., Office of Town Counsel, Austin M. Joyce, and Edward P. Reardon, P.C., were on brief, for appellees John O'Leary and Jeffrey Hutnick.

June 8, 2000

**Per Curiam.** On June 1, 1995, two Brookline police officers escorted Dr. Mark D. Green to Massachusetts General Hospital where he underwent a psychiatric evaluation. Although he was not committed, the examination triggered an inquiry into his suitability to practice medicine. His license was eventually suspended by the Massachusetts Board of Registration in Medicine. Green brought suit, claiming violations of state law and his civil rights.

Green now appeals from an order of the district court granting summary judgment for the defendants on all claims. After a thorough review of the record and of the parties' submissions, we affirm. We do so essentially for the reasons elucidated in the district court's opinion, as the judges of the panel hold a variety of views regarding the proper grounds for affirming summary judgment.

Affirmed. Local Rule 27.